The Law Office of Joseph Mauro, LLC     **(631) 669-0921**
306 McCall Ave.     **(631) 669-5071 fax**
West Islip, NY  11795

> **APPLICATION GRANTED**
> **SO ORDERED** /s/ Vernon Broderick
> **VERNON S. BRODERICK**
> **U.S.D.J.** 6/16/2017
>
> The previously scheduled IPTC is hereby adjourned until July 14, 2017 at 11:00 a.m. in Courtroom 110 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Honorable Judge Broderick
United States District Court
Southern District of New York

**RE: Skabardonis v. Midland Credit Management, Inc.  17 – CV  1497**

Honorable Judge Broderick,

    I represent the Plaintiff in the above matter. I am writing to respectfully request an adjournment of the initial conference in the above case that is currently scheduled for Friday June 23, 2017.  I have conferred with Defendant counsel who does not object. I am respectfully requesting that the conference be rescheduled for June 28, July 11, or July 12. Thank you.

Sincerely,

/S/ Joseph Mauro